

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00197-CR

Addie James **BATTEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2121-CR-C
Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

Appellant's brief was filed in this appeal on December 8, 2019. On January 21, 2020, appellant's attorney filed a motion to abate the appeal based on pro se correspondence included in a supplemental clerk's record filed on January 13, 2020 which questioned the effectiveness of the attorney's representation. By order dated January 22, 2020, this court granted the motion and abated the appeal to the trial court to determine whether new appellate counsel should be appointed.

On February 20, 2020, a supplemental clerk's record was filed containing the trial court's order granting prior appellate counsel's motion to withdraw and appointing new appellate counsel. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court.

On February 21, 2020, appellant's newly appointed appellate counsel filed a letter in this court stating he had conferred with appellant who decided to rely on the appellant's brief filed on December 8, 2019. Appellant's newly appointed appellate counsel further stated he would not be filing any further briefing except a possible reply brief. It is therefore ORDERED that the State's brief must be filed in this appeal no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.



_____
Michael A. Cruz,
Clerk of Court